# UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

| | |
|---|---|
| **TOMMY GIGUERE** | |
| Petitioner-Appellee | |
| v. | **Case No. 25-1831** |
| **STACY TARDIF**, | |
| Respondent-Appellant | |

## THE RESPONDENT-APPELLANT, STACY TARDIF'S, EMERGENCY MOTION TO FOR AN ORDER TO RETURN THE CHLDREN OF THE PARTIES

I. **STAY OF JUDGMENT**

On September 5, 2025, the Respondent-Appellant, Stacy Tardif (hereinafter "Mother"), in the above-captioned matter and sought and received a temporary Stay of the District Court's Judgment dated August 26, 2025 requiring the Mother to return the children to Canada pending the adjudication of the Mother's appeal. **(Docket Entry #3 incorporated herein)**

On September 8, 2025 by David J. Barron, Chief Appellate Judge; Lara E. Montecalvo, Appellate Judge and Seth Robert Aframe, Appellate Judge this Honorable Court entered the following order: "So that the court may resolve the motion after full briefing, the district court's judgment directing the return of the minor children to Quebec is temporarily stayed until further order of court" and entered a briefing schedule on the Mother's request for a stay of the judgment. **(Docket Entry #4 incorporated herein)**

1

## II. PERTINENT FACTUAL BACKGROUND

On November 21, 2024, the parties entered into an Agreement for Temporary Orders in the parties' divorce action whereby the parties agreed, in pertinent part, to have shared legal custody of the minor children, with Mother having primary physical custody of the minor children.

The parties further agreed Father's parenting time with the children would be every-other weekend, with one weekend per month to be spent in Canada. The Massachusetts Probate and Family Court issued a Temporary Order on December 2, 2024 (Black, J.) incorporating the Stipulation dated November 21, 2024 into its Order. Throughout the pendency of the District Court action, both parties operated under the provisions of their Agreements and Court orders in the Massachusetts divorce action.

Mother argued in her Motion for A Stay of Judgment pending Appeal, incorporated herein, that Father would not suffer irreparable harm if a stay if granted, as by his own agreement, he may continue to have parenting time every other weekend with the children from Friday at 4:00 pm until Sunday at 4:00 pm with one weekend being in Canada, which he has had for over a year, and may continue to have during the pendency of the appeal.

Mother requested the return of the children and Father is refusing despite the grant of a temporary stay of the judgment by this Honorable Court. The children have not been returned to the Mother or Massachusetts at the present time.

### III. ARGUMENT

Mother respectfully requests this Honorable Court issue an Order of Return of the Children in furtherance of the grant of the temporary stay issued by this Honorable Court on September 8, 2025. This requested Order will maintain integrity of the stay granted by this Honorable Court to preserve the "status quo", the fundamental purpose of the stay granted temporarily by this Honorable Court. Further, the issuance of such an Order is consistent with the parties' temporary custody orders for the children.

### IV. REQUEST FOR RELIEF

For all these reasons, Mother respectfully requests issuance of an Order to return the Children from Canada to the United States along with any other Orders the Court deems meet and just including an award of fees and expenses for the Mother.

Dated: September 8, 2025

Respectfully Submitted,

STACY TARDIF,
By her Attorney,

*/s/ Matthew P. Barach*
Matthew P. Barach, Esq.
Bar No. 1164888
*Attorney for the Respondent-Appellant*
Barach Law Group LLC
40 Speen Street, Suite 205
Framingham, MA 01701
P: 617-694-9700 / F: 508-318-6329
mbarach@barachfamilylaw.com

## CERTIFICATE OF SERVICE

I certify that on September 8, 2025, a true and correct copy of the foregoing was served upon all parties of record via the Court's CM/ECF system and via email directly to Petitioner-Appellee's Counsel.

Dated: September 8, 2025  /s/ *Matthew P. Barach*
Matthew P. Barach
Attorney for the Respondent
Barach Law Group LLC
40 Speen Street, Suite 205
Framingham, MA 01701
P: 617-694-9700 / F: 508-318-6329